UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID L. FUHRIMAN, )<br>)<br>Plaintiff-Petitioner )<br>)<br>v. )<br>) Civil Case No. 07cv0672 (RJL)<br>)<br>PETE GEREN, )<br>ACTING SECRETARY OF THE ARMY )<br>in his official capacity, )<br>)<br>Defendant-Respondent. ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Steven M. Ranieri, Special Assistant U.S. Attorney, as counsel of record for the defendants in the above-captioned case.

Respectfully submitted,

_____/s/_____
STEVEN M. RANIERI
Special Assistant U.S. Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
(202) 353-9895