UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| DAVID FUHRIMAN, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 07cv672 |
| PETER GREEN, SEC. OF THE ARMY | ) |
| Respondent. | ) |

## ORDER DIRECTING RESPONDENT TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, it is this _____ day of May 2007,

**ORDERED** that respondents, by counsel, shall, within 60 days of service of a copy of this Order and the Petition, file with this Court and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.

The Clerk of the Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of making service on the named respondent and the United States Attorney for the District of Columbia.

RICHARD J. LEON
United States District Judge

District of Columbia live database - Docket Report                                    Page 1 of 2

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:07-cv-00672-RJL
### Internal Use Only

FUHRIMAN v. GEREN
Assigned to: Judge Richard J. Leon
Cause: 28:2241 Petition for Writ of Habeas Corpus

Date Filed: 04/13/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: U.S. Government Defendant

TYPE-G

**Petitioner**
**DAVID L. FUHRIMAN**        represented by **James R. Klimaski**
KLIMASKI & ASSOCIATES, PC
1819 L Street NW
Suite 700
Washington, DC 20036-3830
(202) 296-5600
Fax: (202) 296-5601
Email: klimaski@klimaskilaw.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

V.

**Respondent**
**PETE GEREN**
Acting Secretary of the Army, in his official capacity        represented by **Steven M. Ranieri**
U.S. ATTORNEYS OFFICE
555 Fourth Street, NW
Washington, DC 20530
(202) 353-9895
Email: steve.ranieri@usdoj.gov
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

| Date Filed | # | Docket Text |
|---|---|---|
| 04/13/2007 | 1 | PETITION for Writ of Habeas Corpus ( Filing fee $ 5 receipt number 461600356? ) filed by DAVID L. FUHRIMAN. (Attachments: # 1 Civil Cover Sheet)(jf, ) (Entered: 04/17/2007) |
| 05/01/2007 | 2 | STANDING ORDER. Signed by Judge Richard J. Leon (CMcP, ) (Entered: 05/01/2007) |
| 05/02/2007 | 3 | NOTICE Regarding Mandated Service of Judge Leon's Case Management Order by DAVID L. FUHRIMAN re 2 Order (Attachments: # 1 Judge Leon's Case Management Order 5-1-07# 2 Habeas Corpus Petition 4-13-07# 3 Faxed Service Confirmation Pages)(Klimaski, James) (Entered: 05/02/2007) |
| 05/09/2007 | 4 | NOTICE of Appearance by Steven M. Ranieri on behalf of PETE GEREN (Ranieri, Steven) (Entered: 05/09/2007) |