UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DAVID L. FUHRIMAN,**

    **Plaintiff-Petitioner,**

v.

**PETE GEREN,
Acting Secretary of the Army,
in his official capacity,**

    **Defendant-Respondent.**

Civil Case No. 07-cv-0672-RJL

CONSENT MOTION TO REDUCE
THE HABEAS PETITION RESPONSE PERIOD
TO 20 DAYS TO SHOW CAUSE

David L. Fuhriman, through counsel, respectfully submits this motion requesting the Court reduce the time from 60 days to 20 days — from the date of service by the U.S. Marshal of the Court's May 15, 2007, Show Cause Order — for Respondent to show cause why the Court should not grant Mr. Fuhriman his Petition for a Writ of Habeas Corpus.

Counsel for Mr. Fuhriman has conferred with Government counsel Steven M. Ranieri, and the Government consents to this amendment to the Show Cause Order.

In further support of this proposed reduction to 20 days, Petitioner states:

The time limit to show cause is specified in "Issuance of writ; return; hearing; decision," 28 U.S.C. § 2243 (2007), which states in pertinent part:

> The writ, or order to show cause shall be directed to the person having custody of the person detained. **It shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed**.

(Emphasis added).

Although the Court has discretion to grant the government over twenty (20) days to respond, the sixty (60) days allowed after service in the Court's order of May 15, 2007, is too long a time.

Mr. Fuhriman served the Notice Copies of the Petition for the Writ on the appropriate government officials on April 13, 2007, in conjunction with the Petition's filing with the Court.

Thus, by the time the Court issued its show cause order on May 15, 2007, the government already had notice of the Petition for the Writ for over 30 days. The additional sixty (60) days in the Court's current Show Cause Order will provide the government with a total of over three months concerning its response to the Petition for the Writ, a period substantially longer than if the government had simply been served a complaint.

## CONCLUSION

In light of the foregoing, this Court should reduce the time to show cause to twenty (20) days from the date of service of the May 15, 2007, order upon the government. A proposed order reflecting this new deadline is attached for the Court's convenience.

Respectfully submitted,

May 21, 2007

/s/ James R. Klimaski
James R. Klimaski, #243543
Klimaski & Associates, P.C.
1819 L Street NW – Suite 700
Washington, DC  20036-3830
202-296-5600

**Counsel to David Fuhriman**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing *Consent Motion to Reduce the Habeas Petition Response Period to 20 Days to Show Cause* has been served to the following Counsel for the Government via the Court website's CM/ECF electronic mail notification system:

Steven M. Ranieri
Special Assistant U.S. Attorney
Office of the U.S. Attorney
555 4th Street NW
Washington, DC  20001
steve.ranieri@usdoj.gov

                                                    /s/  Jon Pinkus
                                                   Jon Pinkus
                                                   Klimaski & Associates, P.C.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DAVID L. FUHRIMAN,**

      **Plaintiff-Petitioner,**

  v.

**PETE GEREN,**
**Acting Secretary of the Army,**
**in his official capacity,**

      **Defendant-Respondent.**

Civil Case No. 07-cv-0672-RJL

## AMENDED ORDER DIRECTING RESPONDENT TO SHOW CAUSE

Upon review of Petitioner's Motion to amend the Court's Show Cause Order — issued pursuant to 28 U.S.C. §2243 on May 15, 2007 — to give Respondent twenty (20) days to show cause, and noting Respondent's consent to this proposed reduction, it is hereby

**ORDERED** that the Respondent, by counsel, shall now have twenty (20) days — from the date the U.S. Marshal served Respondent and the U.S. Attorney for the District of Columbia with the Court's May 15, 2007, Show Cause Order and Habeas Petition — to file with this Court and serve on Petitioner a statement showing why the Writ of Habeas Corpus should not issue.

    **SO ORDERED.**

_____         _____
Date                                                           RICHARD J. LEON
                                                                                United States District Judge

Copies to Counsel
via the Court's CM/ECF
Electronic Notice System