UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID L. FUHRIMAN,**<br><br>             **Plaintiff-Petitioner,**<br><br>       v.<br><br>**PETE GEREN,**<br>**Acting Secretary of the Army,**<br>**in his official capacity,**<br><br>             **Defendant-Respondent.** | Civil Case No. 07-cv-0672-RJL |

## NOTICE OF DISMISSAL

Petitioner David Fuhriman has been released from the military. The Petition for a Writ of Habeas Corpus may be dismissed as moot.

Respectfully submitted,

July 13, 2007

  /s/   James R. Klimaski
James R. Klimaski, #243543
Lynn I. Miller, #941559
KLIMASKI & ASSOCIATES, P.C.
1819 L Street NW
Suite 700
Washington, DC  20036-3830
202-296-5600

*Attorneys for David L. Fuhriman*

## CERTIFICATE OF SERVICE

     I certify that a copy of the foregoing *Notice of Dismissal* has been served to the following Counsel for the Government via the Court website's CM/ECF electronic mail notification system on July 13, 2007:

Brian C. Baldrate
Special Assistant U.S. Attorney
Office of the U.S. Attorney
555 4th Street NW
Washington, DC  20001
Fax 202-514-8780
brian.baldrate@usdoj.gov

                                                /s/  Jon Pinkus
                                                Jon Pinkus
                                                Klimaski & Associates, P.C.